

# NUMBER 13-21-00055-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CLARENCE ELLIS WADE,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

On appeal from the 25th District Court
of Lavaca County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Longoria**

Appellant Clarence Ellis Wade filed a motion to dismiss this appeal indicating he no longer wishes to prosecute his appeal. The motion was signed by both counsel and the appellant; additionally, an affidavit, signed and sworn-to by appellant, is attached to the motion. We find the motion and affidavit meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to

dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
1st day of April, 2021.